PROB 12B
(7/93)

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 4 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Patrick J Broenneke                     Case Number: 2:02CR00150-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 03/25/2003              Type of Supervision:      Supervised Release

Original Offense: Attempted Possession of Red     Date Supervision Will Be Commenced: 07/25/2005
Phosphorus

Original Sentence:  Prison - 41 months;            Date Supervision Will Expire: 07/24/2008
TSR - 36 months

## PETITIONING THE COURT

18   You shall reside in a community corrections center for a period of up to 60 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

## CAUSE

Mr. Broenneke is due to be released from the Federal Bureau of Prisons on July 25, 2005. Mr. Broenneke has had difficulty securing an approved address prior to this release date. Mr. Broenneke has agreed to a term of community corrections placement to provide additional time to investigate relocation plans in the State of Arizona. Once a plan is investigated and approved by the respective district, our office may approach the Court for his release.

Mr. Broenneke has signed the attached waiver adding the aforementioned condition.

Respectfully submitted,

by  *[signature]*

Missy K. Kolbe
U.S. Probation Officer
Date: July 11, 2005

Prob 12B
Re: Broenneke, Patrick J
July 11, 2005
Page 2

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

July 14 2005
_____
Date